No. 12–31. DOE v. WHITE PLAINS HOSPITAL MEDICAL CENTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–32. CAPOGROSSO v. KANSAS. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 12–34. HAGGARD v. CITY OF JACKSON, MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 12–35. MCNEIL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–36. MEMPHIS HOUSING AUTHORITY v. GIGGERS ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 12–37. CITY OF DES MOINES, IOWA v. KRAGNES ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 12–39. SELGAS ET UX. v. HENDERSON COUNTY APPRAISAL DISTRICT. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 12–40. ROTHSTEIN ET UX. v. OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–41. MOORE v. DEPARTMENT OF EDUCATION. C. A. 2d Cir. Certiorari denied.

No. 12–42. GERMALIC v. NEW YORK STATE BOARD OF ELECTIONS COMMISSIONERS. C. A. 2d Cir. Certiorari denied.

No. 12–45. AVCO CORP. v. STEWART ET AL. Super. Ct. Pa. Certiorari denied.

No. 12–46. MALOOF v. UHRICH, PLAN ADMINISTRATOR OF THE CONSOLIDATED ESTATE OF LEVEL PROPANE GASES, INC. C. A. 6th Cir. Certiorari denied.